# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES BRIDGES, | : Civil No. 1:17-CV-02285 |
| Plaintiff, | : |
| v. | : |
| | : Judge Jennifer P. Wilson |
| ANDREW M. SAUL,[1] | : |
| Commissioner of Social Security, | : |
| Defendant. | : Magistrate Judge Joseph F. Saporito, Jr. |

## ORDER

**AND NOW**, on this 26th day of May, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. The report and recommendation issued by United States Magistrate Judge Joseph F. Saporito, Jr. (Doc. 45) is **ADOPTED IN PART AND REJECTED IN PART**.

2. Defendant's objections to the report and recommendation (Doc. 50) are **OVERRULED IN PART AND SUSTAINED IN PART**.

3. Plaintiff's objections to the report and recommendation (Doc. 52) are **OVERRULED**.

4. Defendant's motion to dismiss and/or for summary judgment (Doc. 13) is **DENIED IN PART AND GRANTED IN PART**.  The motion is denied

---

[1] Andrew M. Saul was sworn in as Commissioner of Social Security on June 17, 2019, and is automatically substituted as the defendant in this action.  See Fed. R. Civ. P. 25(d).

with respect to Plaintiff's race discrimination claim (Count I), but granted in all other respects.

5. Plaintiff's motion for partial summary judgment (Doc. 32) is **DENIED AS MOOT**.

6. This case is recommitted to Judge Saporito for further proceedings consistent with this order and the accompanying memorandum.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
