# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| CHARLES BRIDGES, | : | |
|---|---|---|
| Plaintiff, | : | No. 1:17-cv-02285 |
| v. | : | (WILSON, J.) |
| | : | (SAPORITO, M.J.) |
| COMMISSIONER ANDREW SAUL, UNITED STATES SOCIAL SECURITY ADMINISTRATION, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 24th day of May, 2021, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that the plaintiff's motion to amend complaint (Doc. 69) is **DENIED**.

*/s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
U.S. Magistrate Judge

Dated: May 24, 2021