## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES BRIDGES          :         No. 1:17-cv-2285
      Plaintiff          :
                      :

     vs.                :         (Wilson, J.)
KILOLO KIJAKAZI,       :         (Saporito, M.J.)
Acting Commissioner    :
of Social Security Administration,[1] :      (Electronically Filed)
     Defendant       :

## O R D E R

AND NOW this **14ᵗʰ** day of **July**, 2021, upon consideration of the

unopposed motion for revised scheduling order, IT IS HEREBY ORDERED that

said motion is GRANTED. The following case management deadlines are as

follows: discovery deadline by August 30, 2021, dispositive motions deadline by

September 29, 2021, plaintiff's expert report deadline by October 29, 2021,

defendants' expert report deadline by November 29, 2021, and supplemental reports

deadline by December 15, 2021.

JOSEPH F. SAPORITO, SR.
United States Magistrate Judge

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).